# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY McFARLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-16-0449-F |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Jeffrey McFarland brings this action for judicial review of the Defendant Acting Commissioner of Social Security's (the Commissioner's) final decision that Mr. McFarland was not "disabled" under the terms of the Social Security Act. Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on February 6, 2017 (doc. no. 23), recommending that the court enter judgment affirming the Commissioner's final decision. In her Report, the Magistrate Judge advised the parties of their right to file objections by February 27, 2017, and advised that failure to make a timely objection to the Report waives the right to appellate review of both factual and legal questions addressed in the Report. Neither party has filed an objection to the Report and neither party has requested an extension of time within which to file any objection to the Report. With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Mitchell as stated in her Report and Recommendation. The Social Security Administration's final decision is **AFFIRMED**.

IT IS SO ORDERED this 7th day of March, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0449p002.docx